IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **KENNETH D. BELL**, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,<br><br>    **Plaintiff,**<br><br>  vs.<br><br>**TODD DISNER**, in his individual capacity and in his capacity as trustee for Kestrel Spendthrift Trust; **TRUDY GILMOND; TRUDY GILMOND, LLC; JERRY NAPIER; DARREN MILLER; RHONDA GATES; DAVID SORRELLS; INNOVATION MARKETING, LLC; AARON ANDREWS; SHARA ANDREWS; GLOBAL INTERNET FORMULA, INC.; T. LEMONT SILVER; KAREN SILVER; MICHAEL VAN LEEUWEN; DURANT BROCKETT; DAVID KETTNER; MARY KETTNER; P.A.W.S. CAPITAL MANAGEMENT LLC; LORI JEAN WEBER**; and a Defendant Class of Net Winners in **ZEEKREWARDS.COM**;<br><br>    **Defendants.** | **Civil Action No. 3:14-cv-91** |

## NOTICE OF RELATED CASE

Plaintiff Kenneth D. Bell notifies the Court that this case is related to a previously filed lawsuit in that the cases involve the same common issues of fact and arise out of the same set of events and transactions.

The previously filed lawsuit is captioned *Securities and Exchange Commission v. Rex Venture Group, LLC d/b/a ZeekRewards.com and Paul R. Burks*, No. 3:12-cv-519, in the United States District Court for the Western District of North Carolina.

This notice will be served upon all defendants along with the Summons and Complaint in this action.

Dated:  February 28, 2013

Respectfully submitted,

/s/ Irving M. Brenner
Kenneth D. Bell, Esq., Receiver
Irving M. Brenner (NC Bar No. 15483)
Matthew E. Orso (NC Bar No. 42409)
McGuireWoods LLP
201 North Tryon Street, Suite 3000
Charlotte, North Carolina 28202
(704) 373-4620
(704) 373-8836 (fax)
kbell@mcguirewoods.com
ibrenner@mcguirewoods.com
morso@mcguirewoods.com