IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-91-GCM

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com, Plaintiff, v. TODD DISNER, *et al*, Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **James Kevin Edmundson,** filed April 9, 2014 [doc. # 12].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Edmundson is admitted to appear before this court *pro hac vice* on behalf of defendants: Innovation Marketing, LLC; Aaron Andrews; Shara Andrews; and Rhonda Gates.

**IT IS SO ORDERED.**

Signed: April 14, 2014

Graham C. Mullen
United States District Judge