IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,<br><br>Plaintiff,<br><br>vs.<br><br>TODD DISNER, in his individual capacity and in his capacity as trustee for Kestrel Spendthrift Trust; TRUDY GILMOND; TRUDY GILMOND, LLC; JERRY NAPIER; DARREN MILLER; RHONDA GATES; DAVID SORRELLS; INNOVATION MARKETING, LLC; AARON ANDREWS; SHARA ANDREWS; GLOBAL INTERNET FORMULA, INC.; T. LEMONT SILVER; KAREN SILVER; MICHAEL VAN LEEUWEN; DURANT BROCKETT; DAVID KETTNER; MARY KETTNER; P.A.W.S. CAPITAL MANAGEMENT LLC; LORI JEAN WEBER; and a Defendant Class of Net Winners in ZEEKREWARDS.COM;<br><br>Defendants. | No. 3:14-cv-91 |

## APPLICATION FOR ENTRY OF DEFAULT

Plaintiff requests that the Clerk of Court, pursuant to Federal Rules of Civil Procedure 55(a), enter default against Defendant David Sorrells and respectfully shows the Clerk of Court that Defendant has failed to plead or otherwise defend as shown by the Affidavit of Plaintiff's attorney, attached hereto as Exhibit "A." A proposed Entry of Default is attached hereto as Exhibit "B."

This 2nd day of July, 2014.

/s/ Matthew E. Orso
Irving M. Brenner (NC Bar No. 15483)
Matthew E. Orso (NC Bar No. 42409)
McGuireWoods LLP
201 North Tryon Street, Suite 3000
Charlotte, North Carolina 28202
(704) 343-2000
(704) 373-8836 (fax)
ibrenner@mcguirewoods.com
morso@mcguirewoods.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic copies to counsel of record registered to receive electronic service.

In addition, I have this date served a copy of the foregoing upon the following Defendants by depositing a copy of same in the United States Mail with adequate postage affixed thereto and addressed to:

>David Sorrells
>200 County Road 1917
>Linden, TX 75563
>
>Todd Disner
>P.O. Box 192193
>1300 Washington Street
>Miami Beach, FL 33119
>
>Michael Van Leeuwen
>1307 Bostian Drive
>Fayetteville, NC 28304

This 2nd day of July, 2014.

                                                               s/ Matthew E. Orso