IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,<br><br>          Plaintiff,<br><br>    vs.<br><br>TODD DISNER, in his individual capacity and in his capacity as trustee for Kestrel Spendthrift Trust; TRUDY GILMOND; TRUDY GILMOND, LLC; JERRY NAPIER; DARREN MILLER; RHONDA GATES; DAVID SORRELLS; INNOVATION MARKETING, LLC; AARON ANDREWS; SHARA ANDREWS; GLOBAL INTERNET FORMULA, INC.; T. LEMONT SILVER; KAREN SILVER; MICHAEL VAN LEEUWEN; DURANT BROCKETT; DAVID KETTNER; MARY KETTNER; P.A.W.S. CAPITAL MANAGEMENT LLC; LORI JEAN WEBER; and a Defendant Class of Net Winners in ZEEKREWARDS.COM;<br><br>          Defendants. | No. 3:14-cv-91 |

## MOTION FOR DEFAULT JUDGMENT BY CLERK OF COURT

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, the Receiver requests that the Clerk of Court enter judgment against Defendant Todd Disner. Defendant Disner has been defaulted, and the Receiver's claim is for a sum certain.

Rule 55(b)(1) sets forth:

    (1) *By the Clerk.* If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.

The Receiver's claim is for a sum certain – the specific sum of money that was fraudulently transferred to Defendant Disner, less the amount he invested in the ZeekRewards scheme. As the attached affidavit sets forth, the sum certain for which Defendant Disner is liable is $1,800,037.06. *See* Exhibit A (Affidavit of Michael Busen).

The Clerk entered default against Defendant Disner on July 3, 2014. *See* Doc. No. 42. As the attorney affidavit from the Receiver's Application for Entry of Default states, Defendant Disner is neither a minor nor an incompetent person, nor is he a member of the Armed Forces of the United States of America or any of its Allies. *See* Doc. No. 39-1 at ¶ 3.

Therefore, pursuant to Rule 55(b)(1)'s directive, the Receiver respectfully requests that the Clerk of Court enter judgment against Defendant Disner for $1,800,037.06 plus interest at the North Carolina statutory rate from the date of the last transfer (July 30, 2012) to the present in the amount of $279,720.82. Accordingly, default judgment should be entered against Defendant Disner for the total sum of $2,079,757.88.

Respectfully submitted this 9th day of July, 2014.

/s/ Irving M. Brenner
Irving M. Brenner (NC Bar No. 15483)
Matthew E. Orso (NC Bar No. 42409)
McGuireWoods LLP
201 North Tryon Street, Suite 3000
Charlotte, North Carolina 28202
(704) 343-2000
(704) 373-8836 (fax)
ibrenner@mcguirewoods.com
morso@mcguirewoods.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic copies to counsel of record registered to receive electronic service.

In addition, I have this date served a copy of the foregoing upon the following Defendant via Federal Express Priority Overnight service with adequate postage affixed thereto and addressed to:

>Todd Disner
>3470 East Coast Ave.
>Apt. 2409
>Miami, FL 33137

This 9th day of July, 2014.

        /s/ Irving M. Brenner