IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-91-GCM

| | |
|---|---|
| KENNETH D. BELL, )<br>              Plaintiff, )<br>v. )<br>)<br>TODD DISNER, TRUDY GILMOND, *et al,* )<br>              Defendants. )<br>) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **W. James Jonas, III,** filed June 30, 2014 [doc. # 28].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Jonas is admitted to appear before this court *pro hac vice* on behalf of defendants, Global Internet Formula, Inc., T. Lemont Silver, and Karen Silver.

**IT IS SO ORDERED.**

Signed: July 14, 2014

Graham C. Mullen
United States District Judge