# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Kenneth D. Bell, | ) | DEFAULT JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00091-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Todd Disner, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that the Receiver shall have and recover of Defendant Todd Disner, in his individual capacity and in his capacity as trustee for Kestrel Spendthrift Trust, the sum of $2,079,757.88, which is comprised of $1,800,037.06 in principal and $279,720.82 in interest.

December 17, 2014

Signed: December 18, 2014

*[Signature]*

Frank G. Johns, Clerk
United States District Court