# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Kenneth D. Bell, | ) | DEFAULT JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00091-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| David Sorrells, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that the Receiver shall have and recover of Defendant David Sorrells the sum of $1,197,241.12, which is comprised of $1,039,568.49 in principal and $157,672.63 in interest.

December 18, 2014

Signed: December 18, 2014

Frank G. Johns, Clerk
United States District Court