IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14CV91

| | |
|---|---|
| KENNETH D. BELL, in his capacity as a court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com, <br><br> Plaintiff, <br><br> v. <br><br> TODD DISNER, in his individual capacity and in his Capacity as trustee for Kestrel Spendthrift Trust; TRUDY GILMOND; TRUDY GILMOND, LLC; JERRY NAPIER; DARREN MILLER; RHONDA GATES; DAVID SORRELLS; INNOVATION MARKETING, LLC; AARON ANDREWS; SHARA ANDREWS; GLOBAL INTERNET FORMULA, INC; T. LEMONT SILVER; KAREN SILVER; MICHAEL VAN LEEUWEN; DURANT BROCKETT; DAVID KETTNER; MARY KETTNER; P.A.W.S. CAPITAL MANAGEMENT LLC; LORI JEAN WEBBER; and a Defendant Class of Net Winners in ZEEKREWARDS.COM, <br><br> Defendants. | ORDER |

This matter is before the Court upon its own motion. A status conference was held in this matter on January 8, 2014. Pursuant to discussions at the status conference, the Court has determined that the Receiver will have to bear some of Defendants' costs of hiring a rebuttal expert. Defendants are to obtain bids and submit to the Court a report outlining the bid process and the scope of the work, informing the Court of the identity of the expert that they intend to hire, and including a budget. The Receiver's Request for Production of Documents is hereby stricken *sua sponte* as overly broad and burdensome. The parties are to confer regarding the scope of the interrogatories. In addition, the Defendants are to produce to the Receiver forthwith any documents relating to the collectability of any judgment and are to cooperate with the Receiver regarding the same.

IT IS SO ORDERED.

Signed: January 12,

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge