IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| KENNETH D. BELL, in his capacity As Court-Appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com<br>　　Plaintiff, | § § § § § § | |
| vs. | § § | CIVIL NO. 3:14-CV-91 |
| TODD DISNER, in his individual capacity And in his capacity as trustee for Kestrel Spendthrift Trust; TRUDY GILMOND; TRUDY GILMOND, LLC; JERRY NAPIER; DARREN MILLER; RHONDA GATES; DAVID SORRELLS; INNOVATION MARKETING, LLC; AARON ANDREWS; SHARA ANDREWS; GLOBAL INTERNET FORMULA, INC.; T. LEMONT SILVER; KAREN SILVER; MICHAEL VAN LEEUWEN; DURANT BROCKETT; DAVID KETTNER; MARY KETTNER; P.A.W.S. CAPITAL MANAGEMENT, LLC; LORI JEAN WEBER; and a Defendant Class of Net Winners in ZEEKREWARDS.COM<br>　　Defendants. | § § § § § § § § § § § § § § § § § § § | |

## ORDER

**THIS MATTER IS BEFORE THE COURT** on the "Motion to Withdraw as Counsel for Defendants Global Internet Formula, Inc., T. Lemont Silver and Karen Silver" filed March 3, 2015. Having carefully considered the Motion, the undersigned finds good cause exists for the requested withdrawal and the Motion should be granted.

**IT IS, THEREFORE, ORDERED** that the "Motion to Withdraw as Counsel for Global Internet Formula, Inc., T. Lemont Silver and Karen Silver" is **GRANTED** for good cause.

CIVIL NO. 3:14-CV-91

Bruce M. Simpson and the law firm of James, McElroy & Diehl, P.A., shall be removed as counsel of record for Defendants Global Internet Formula, Inc., T. Lemont Silver and Karen Silver.

Signed: March 4, 2015

Graham C. Mullen
United States District Judge