IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14CV91

| | |
|---|---|
| KENNETH D. BELL, in his capacity as a court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,<br><br>Plaintiff,<br><br>v.<br><br>TODD DISNER, in his individual capacity and in his Capacity as trustee for Kestrel Spendthrift Trust; TRUDY GILMOND; TRUDY GILMOND, LLC; JERRY NAPIER; DARREN MILLER; RHONDA GATES; DAVID SORRELLS; INNOVATION MARKETING, LLC; AARON ANDREWS; SHARA ANDREWS; GLOBAL INTERNET FORMULA, INC; T. LEMONT SILVER; KAREN SILVER; MICHAEL VAN LEEUWEN; DURANT BROCKETT; DAVID KETTNER; MARY KETTNER; P.A.W.S. CAPITAL MANAGEMENT LLC; LORI JEAN WEBBER; and a Defendant Class of Net Winners in ZEEKREWARDS.COM,<br><br>Defendants. | ORDER |

This matter is before the Court upon its own motion. Pursuant to the Court's direction, the Defendants have submitted proposals from three potential defense experts. The Court has reviewed the proposals as well as the Receiver's comments submitted in letter form. It appears to the Court that scope of the work as proposed by Berkeley Research Group ("BRG") is the most appropriate. Accordingly, Defendants should obtain a rough estimate of the fees and costs from each proposed expert using the scope of work as outlined in BRG's proposal. Once obtained, Defendants should submit the new proposals to the Court.

IT IS SO ORDERED.

Signed: March 4, 2015

Graham C. Mullen
United States District Judge