IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:14-CV-00091

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,<br><br>Plaintiff,<br><br>v.<br><br>TODD DISNER, in his individual capacity and in his capacity as trustee for Kestrel Spendthrift Trust; TRUDY GILMOND; TRUDY GILMOND, LLC; JERRY NAPIER; DARREN MILLER; RHONDA GATES; DAVID SORRELLS; INNOVATION MARKETING, LLC; AARON ANDREWS; SHARA ANDREWS; GLOBAL INTERNET FORMULA, INC.; T. LEMONT SILVER; KAREN SILVER; MICHAEL VAN LEEUWEN; DURANT BROCKETT; DAVID KETTNER; MARY KETTNER; P.A.W.S. CAPITAL MANAGEMENT LLC; LORI JEAN WEBER; and a Defendant Class of Net Winners in ZEEKREWARDS.COM;<br><br>Defendants. | FILED<br>CHARLOTTE, NC<br><br>MAR 0 5 2015<br><br>U.S. DISTRICT COURT<br>WESTERN DISTRICT OF NC<br><br><br>ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Motion to Withdraw as Counsel of Record for Trudy Gilmond and Trudy Gilmond, LLC" filed February 24, 2015. Having carefully considered the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion to Withdraw as Counsel of Record for Trudy Gilmond and Trudy Gilmond, LLC" is **GRANTED**. William R. Terpening, Richard

W. Wilson, and Jefferson A. Moors shall be removed as counsel of record for Defendants Trudy Gilmond and Trudy Gilmond, LLC.

4 MAR 15

Graham C. Mullen
United States District Judge