IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:14-CV-00091

KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,

Plaintiff,

v.

TODD DISNER, in his individual capacity and in his capacity as trustee for Kestrel Spendthrift Trust; TRUDY GILMOND; TRUDY GILMOND, LLC; JERRY NAPIER; DARREN MILLER; RHONDA GATES; DAVID SORRELLS; INNOVATION MARKETING, LLC; AARON ANDREWS; SHARA ANDREWS; GLOBAL INTERNET FORMULA, INC.; T. LEMONT SILVER; KAREN SILVER; MICHAEL VAN LEEUWEN; DURANT BROCKETT; DAVID KETTNER; MARY KETTNER; P.A.W.S. CAPITAL MANAGEMENT LLC; LORI JEAN WEBER; and a Defendant Class of Net Winners in ZEEKREWARDS.COM;

Defendants.

ORDER

FILED
CHARLOTTE, NC
MAR 9 2015
US District Court
Western District of NC

**THIS MATTER IS BEFORE THE COURT** on the "Motion to Withdraw as Counsel of Record for Jerry W. Napier" filed February 26, 2015. Having carefully considered the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion to Withdraw as Counsel of Record for Jerry W. Napier" is **GRANTED**. William R. Terpening, Richard W. Wilson, and Jefferson A. Moors shall be removed as counsel of record for Defendant Jerry W. Napier.

*9 May 15*

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge

2