IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,<br><br>Plaintiff,<br><br>vs.<br><br>TODD DISNER, in his individual capacity and in his capacity as trustee for Kestrel Spendthrift Trust; TRUDY GILMOND; TRUDY GILMOND, LLC; JERRY NAPIER; DARREN MILLER; RHONDA GATES; DAVID SORRELLS; INNOVATION MARKETING, LLC; AARON ANDREWS; SHARA ANDREWS; GLOBAL INTERNET FORMULA, INC.; T. LEMONT SILVER; KAREN SILVER; MICHAEL VAN LEEUWEN; DURANT BROCKETT; DAVID KETTNER; MARY KETTNER; P.A.W.S. CAPITAL MANAGEMENT LLC; LORI JEAN WEBER; and a Defendant Class of Net Winners in ZEEKREWARDS.COM;<br><br>Defendants. | No. 3:14-cv-91 |

## ORDER

**THIS MATTER** comes before the Court upon the Receiver's Motion to Approve Notice of Class Certification (Doc. No. 103). For the reasons set forth in the Receiver's Motion, the Court finds that in the interests of keeping the defendant class members apprised of the certification and definition of the class, the nature of the action and claims against them, and preemptively and efficiently answering common questions that the class members may have

about the litigation, the Court will approve the proposed Notice of Class Certification attached as Exhibit A to the Receiver's Motion.

**IT IS, THEREFORE, ORDERED** that the Receiver's Motion to Approve Notice of Class Certification is hereby **GRANTED** and the proposed Notice of Class Certification attached as Exhibit A to the Receiver's Motion (Doc. No. 103-1) is approved by the Court. It is further **ORDERED** that the Receiver shall send the Notice to the class members using their email addresses registered with ZeekRewards or the Receivership and that he shall also post the Notice of Class Certification on the Receivership website at http://www.zeekrewardsreceivership.com.

Signed: March 11, 2015

*[signature]*

Graham C. Mullen
United States District Judge