IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14CV91

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture group, LLC d/b/a ZeekRewards.com,<br>　　Plaintiff,<br><br>v.<br><br>TODD DISNER, in his individual capacity and in his Capacity as trustee for Kestrel Spendthrift Trust; TRUDY GILMOND; TRUDY GILMOND, LLC; JERRY NAPIER; DARREN MILLER; RHONDA GATES; DAVID SORRELLS; INNOVATION MARKETING, LLC; AARON ANDREWS; SHARA ANDREWS; GLOBAL INTERNET FORMULA, INC.; T. LEMONT SILVER; KAREN SILVER; MICHAEL VAN LEEUWEN; DURANT BROCKETT; DAVID KETTNER; MARY KETTNER; P.A.W.S. CAPITAL MANAGEMENT LLC; LORI JEAN WEBER; and a Defendant Class of Net Winners in ZEEKREWARDS.COM,<br>　　Defendants. | ORDER |

　　This matter is before the Court upon its own motion. A status conference was held in this matter on May 27, 2015 to discuss the selection of an expert witness for the Defendant class. Pursuant to discussion at the conference, the Court approved Berkeley Research Group ("BRG") as Defendants' expert. BRG is therefore directed to proceed with Phase I of their work plan as set forth in their proposal, and the Receivership will bear the expenses. BRG shall report to the undersigned during the course of their engagement on behalf of the Defendant class.
　　IT IS SO ORDERED.

Signed: May 27, 2015

Graham C. Mullen
United States District Judge