IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,<br><br>Plaintiff,<br><br>v.<br><br>TODD DISNER, in his individual capacity and in his capacity as trustee for Kestrel Spendthrift Trust; TRUDY GILMOND; TRUDY GILMOND, LLC; JERRY NAPIER; DARREN MILLER; RHONDA GATES; DAVID SORRELLS; INNOVATION MARKETING, LLC; AARON ANDREWS; GLOBAL INTERNET FORMULA, INC.; T. LEMONT SILVER; KAREN SILVER; MICHAEL VAN LEEUWEN; DURANT BROCKETT; DAVID KETTNER; MARY KETTNER; P.A.W.S. CAPITAL MANAGEMENT LLC; LORI JEAN WEBER; and a Defendant Class of Net Winners in ZEEKREWARDS.COM;<br><br>Defendants. | Civil Action No: 3:14-CV-00091 |

## ORDER

THIS MATTER is before the Court on the Receiver's Motion for Default Judgment for Failure to Defend or, in the Alternative, Motion for Order Requiring Trudy Gilmond to Personally Appear and Show Cause. On May 11, 2015, the Court entered an Order directing Trudy Gilmond to personally appear before the Court on May 27, 2015 at 11:00 a.m. to show cause why judgment should not be entered against her as requested by the Receiver. Ms. Gilmond failed to appear as directed. Indeed she advised the court by letter that she refused to do so.

IT IS THEREFORE ORDERED that the Receiver's Motion is GRANTED and judgment is hereby ENTERED against Defendants Trudy Gilmond and Trudy Gilmond LLC in the amount of $2,129,522.27.

Signed: May 28, 2015

Graham C. Mullen
United States District Judge