IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:14-CV-00091

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,<br><br>                Plaintiff,<br><br>  v.<br><br>TODD DISNER, in his individual capacity and in his capacity as trustee for Kestrel Spendthrift Trust; TRUDY GILMOND; TRUDY GILMOND, LLC; JERRY NAPIER; DARREN MILLER; RHONDA GATES; DAVID SORRELLS; INNOVATION MARKETING, LLC; AARON ANDREWS; GLOBAL INTERNET FORMULA, INC.; T. LEMONT SILVER; KAREN SILVER; MICHAEL VAN LEEUWEN; DURANT BROCKETT; DAVID KETTNER; MARY KETTNER; P.A.W.S. CAPITAL MANAGEMENT LLC; LORI JEAN WEBER; and a Defendant Class of Net Winners in ZEEKREWARDS.COM;<br><br>                Defendants. | ORDER |

      THIS MATTER IS BEFORE THE COURT on the "Motion to Withdraw as Counsel of Record for Durant Brockett" filed July 6, 2015. Having carefully considered the motion, the undersigned finds good cause exists for the requested withdrawal, and the Motion should be granted.

      IT IS, THEREFORE, ORDERED that the "Motion to Withdraw as Counsel of Record for Durant Brockett" is GRANTED for good cause. Mary K. Mandeville, Rodney E. Alexander and

Clark C. Walton and the law firm of Alexander Ricks PLLLC shall be removed as counsel of record for Defendant Durant Brockett.

Signed: July 9, 2015

Graham C. Mullen
United States District Judge