IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,

        Plaintiff,

v.

TODD DISNER, in his individual capacity and in his capacity as trustee for Kestrel Spendthrift Trust; TRUDY GILMOND; TRUDY GILMOND, LLC; JERRY NAPIER; DARREN MILLER; RHONDA GATES; DAVID SORRELLS; INNOVATION MARKETING, LLC; AARON ANDREWS; GLOBAL INTERNET FORMULA, INC.; T. LEMONT SILVER; KAREN SILVER; MICHAEL VAN LEEUWEN; DURANT BROCKETT; DAVID KETTNER; MARY KETTNER; P.A.W.S. CAPITAL MANAGEMENT LLC; LORI JEAN WEBER; and a Defendant Class of Net Winners in ZEEKREWARDS.COM;

        Defendants.

Civil Action No: 3:14-CV-00091

## ORDER

THIS MATTER is before the Court on the Receiver's Motion to Confirm Default Judgment by Clerk of Court.

For good cause shown, it is ORDERED that the Receiver's Motion is GRANTED. The Court confirms that the judgment entered against Defendant Sorrells in the amount of $1,197,241.12 is the final judgment of the Court, and confirms that the Receiver is allowed to move forward with subsequent collection proceedings against Defendant Sorrells.

SO ORDERED.

Date: 30 September 2015

_____
Graham C. Mullen
United States District Judge