IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL,<br><br>Plaintiff,<br><br>vs.<br><br>TODD DISNER, et al.,<br><br>Defendants. | Civ. No.<br>3:14-CV-00091 |

**ORDER APPROVING DEFENDANT CLASS OF NET WINNERS'
FIRST APPLICATION FOR REIMBURSEMENT OF FEES AND EXPENSES**

Upon consideration of Defendant Class of Net Winners' First Application for Reimbursement of Fees and Expenses filed February 8, 2016, and for good cause shown,

**IT IS ORDERED, ADJUDGED AND DECREED** that:

1. The Application is **GRANTED.**

2. Berkeley Research Group **SHALL BE AWARDED** $70,775.78

3. Edmundson PLLC **SHALL BE AWARDED** $2,800.00

4. Kelly Hart & Hallman **SHALL BE AWARDED** $6,976.70

5. The Receiver is directed to pay the awards identified above within 10 days of the date of this Order.

Signed: 9 Feb 16

Graham C. Mullen
United States District Judge