IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TODD DISNER, et al.,<br><br>　　　　　Defendants. | Civ. No.<br>3:12-cv-91 |

## ORDER

The Defendants' Second Fee Application is granted. The Receiver is hereby ORDERED to pay immediately the professional fees and expenses of Berkeley Research Group, Edmundson PLLC and Kelly Hart and Hallman as detailed in the Second Fee Application. The Receiver may file objections, if any, to the professional fees and expenses included in the Second Fee Application when Berkeley Research Group completes its expert services under Phase II of the revised proposal.

It is further ORDERED that Berkeley Research Group shall begin work on Phase II of the revised proposal. Berkeley Research Group shall complete work under Phase II no later than May 27, 2016.

Signed: March 17, 2016

Graham C. Mullen
United States District Judge

1