FILED
CHARLOTTE, NC
NOV 29 2016
US District Court
Western District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

KENNETH D. BELL,

    Plaintiff,

vs.

TODD DISNER, et al.,

    Defendants.

Civ. No. 3:14cv91

## ORDER APPROVING DEFENDANT CLASS OF NET WINNERS' THIRD APPLICATION FOR REIMBURSEMENT OF FEES AND EXPENSES

Upon consideration of Defendant Class of Net Winners' Third Application for Reimbursement of Fees and Expenses filed September 8, 2016, and for good cause shown, **IT IS ORDERED, ADJUDGED AND DECREED** that:

1. The Application is **GRANTED.**

2. Berkeley Research Group shall be awarded $143,407.81.

3. Edmundson PLLC shall be awarded $6,800.00.

4. Kelly Hart & Hallman shall be awarded $6,070.00.

5. The Receiver is directed to pay the awards identified above within 10 days of the date of this Order.

Dated: 29 Nov 2016

Graham Mullen
U.S. District Judge

1