RECEIVED
CHARLOTTE, NC

APR 25 2017

Clerk, US District Court
Western District of NC

# CODY-HOPKINS LAW FIRM

4610 S. Ulster St # 150, Denver, Colorado 80237
T: (303) 221-4666   F: (303) 221-4374   E: karen@codyhopkinslaw.com

April 19, 2017

Hon. Graham C. Mullen
United States Courthouse
230 Charles R. Jonas Federal Bldg.
401 W Trade St #210
Charlotte, NC 28202

Re: **Net Winner Class Member Mary Jane Bender**
**Bell v. Disner [Rex Venture Group LLC's ZeekRewards.com] Civil Action No.3:14-cv-0091**
**US W D North Carolina (Charlotte Division)**
**Bankruptcy case no. 16-21633-HRT**

Dear Hon. Graham C. Mullen:

I represent Net Winner Class Member Mary Jane Bender who filed a *pro se* chapter 7 bankruptcy case no. **16-21633-HRT** in the US Bankruptcy Court of the District of Colorado on **November 30, 2016.** The case was converted to a chapter 13 on February 16, 2017 after Ms. Bender retained me only for that bankruptcy, but the Automatic Stay began November 30, 2016. See Exhibit 1: Notice of Bankruptcy Filing for Bender.

Receiver Kenneth Bell and Net Class Winner Defendants' attorney James Kevin Edmundson have been notified previously of the bankruptcy filing and conversion, but neither has to my knowledge notified this Court.

I am not licensed before this Court and do not represent Ms. Bender in this case, but I send this letter to ensure the Court has notice of the November 30, 2016 Automatic Stay as to Ms. Bender. . I am copying your Clerk of Court, Frank G. Johns, and requesting that this letter and Exhibit be entered onto the case docket as a Notice of Filing Bankruptcy.

Please contact me if you have any questions.

Sincerely,

Karen Cody-Hopkins
Attorney

cc: James Kevin Edmundson
Edmundson PLLC
 21209 Highway 71, Suite 3
Spicewood, TX 78669

Kenneth D. Bell
McGuire Woods LLP
Fifth Third Center
201 North Tryon Street, Suite 3000
Charlotte, NC 28202-4011

Frank G. Johns, Clerk of Court     **VIA CERTIFIED RETURN RECEIPT US MAIL**
United States Courthouse
230 Charles R. Jonas Federal Bldg.
401 W Trade St #210
Charlotte, NC 28202

Mary Jane Bender

United States Bankruptcy Court
District of Colorado

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 11/30/2016 at 1:55 PM and filed on 11/30/2016.

**Mary Jane Bender**
9072 Gale Blvd, Unit 2
Thornton, CO 80260
303-638-8905
SSN / ITIN: xxx-xx-2666
Tax ID / EIN: 46-2072212, 45-5445029
*aka* **MJ Premier LLC**
*aka* **BenMar Legacy**



| The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
|---|---|
| **Karen Cody-Hopkins**<br>4610 S. Ulster St.<br>Ste. 150<br>Denver, CO 80237<br>303-221-4666 | **Sally Zeman**<br>Chapter 13 Trustee<br>PO Box 1169<br>Denver, CO 80201<br>303-830-1971 |

FILED
CHARL . NC
APR 2 5 2017
U.S. D COURT
WESTERN D OF NC

The case was assigned case number 16-21633-HRT to Judge Howard R Tallman.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

#COB_KJH changed language below

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available electronically using PACER which can be accessed through our website at http://www.cob.uscourts.gov or at the Clerk's Office, US Bankruptcy Court, US Custom House, 721 19th St., Denver, CO 80202-2508.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Kenneth S. Gardner**
**Clerk, U.S. Bankruptcy Court**

**PACER Service Center**