IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com, <br><br> Plaintiff, <br><br> vs. <br><br> TODD DISNER, in his individual capacity and in his capacity as trustee for Kestrel Spendthrift Trust, et al. <br><br> Defendants. | Civil Action No. 3:14-cv-91 |

## RECEIVER'S RESPONSE TO "JURISDICTIONAL CHALLENGE"

On May 16, 2017 Ahmed Drake and Lamel Mitchell filed with the Court nearly identical documents entitled "Jurisdictional Challenge with Affidavit," stating that the documents were a "Notice, not a motion" and addressing the documents to "STATE OF NORTH CAROLINA." On June 5, 2017 Mr. Drake and Mr. Mitchell refiled these documents along with identical additional documents entitled Notice of Default and Opportunity to Cure. In summary (and putting aside the procedural issues with the documents), both Drake and Mitchell are members of the Net Winner Class in this action and by their "Jurisdictional Challenge" have raised the issues of Subject Matter Jurisdiction and the Receiver's standing to pursue the Receiver's fraudulent transfer

1

claims against them. The "Notice of Default" erroneously claims that the Receiver has somehow "defaulted" and accepted Drake and Mitchell's jurisdictional claims by choosing not to respond to the "Notice" – to which no response was required.

In an effort to conserve both the Receiver's resources and the Court's time, the Receiver's response to this "Jurisdictional Challenge" will be very brief. This Court plainly has subject matter jurisdiction over the Receiver's fraudulent transfer action against the net winners in the ZeekRewards Ponzi scheme. This issue has already been the subject of a Motion to Dismiss that was denied by the Court, and the Court specifically authorized this litigation. *See* Order dated December 9, 2014 (Doc. No. 90). Further, the Receiver has standing to pursue the claims in this action, again by specific authority and direction by the Court. *See, e.g.*, Agreed Order (Doc. No. 4).

Accordingly, Drake and Mitchell's "Jurisdictional Challenge" should be rejected to the extent the Court determines that it is even necessary or appropriate to respond to their Notice to the Court.

Dated: June 6, 2017

Respectfully submitted,

/s/ Irving M. Brenner
Kenneth D. Bell, Esq., Receiver
Irving M. Brenner (NC Bar No. 15483)
McGuireWoods LLP
201 North Tryon Street, Suite 3000
Charlotte, North Carolina 28202
(704) 373-4620
(704) 373-8836 (fax)
kbell@mcguirewoods.com
ibrenner@mcguirewoods.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon counsel of record with the Clerk of the court using the CM/ECF system. Further, copies of this document have been sent by U.S. Mail to the following:

Lamel Mitchell
114-80 180th Street
Jamaica, NY 11434

Ahmed Drake
114-80 180th Street
Jamaica, NY 11434

This the 6th day of June, 2017.

/s/ Irving M. Brenner
Irving M. Brenner (N.C. Bar No. 15483
McGUIREWOODS LLP
100 North Tryon Street, 29th Floor (28202)
Post Office Box 31247
Charlotte, NC 28231
Telephone: (704) 343-2075
Facsimile: (704) 373-8935
ibrenner@mcguirewoods.com