# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| **KENNETH D. BELL**, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,<br><br>Plaintiff,<br><br>vs.<br><br>**TODD DISNER**, in his individual capacity and in his capacity as trustee for Kestrel Spendthrift Trust; **TRUDY GILMOND; TRUDY GILMOND, LLC; JERRY NAPIER; DARREN MILLER; RHONDA GATES; DAVID SORRELLS; INNOVATION MARKETING, LLC; AARON ANDREWS; SHARA ANDREWS; GLOBAL INTERNET FORMULA, INC.; T. LEMONT SILVER; KAREN SILVER; MICHAEL VAN LEEUWEN; DURANT BROCKETT; DAVID KETTNER; MARY KETTNER; P.A.W.S. CAPITAL MANAGEMENT LLC; LORI JEAN WEBER**; and a Defendant Class of Net Winners in ZEEKREWARDS.COM;<br><br>Defendants. | No. 3:14-cv-91 |

## [Proposed] NOTICE OF MOTION TO ENTER FINAL JUDGMENTS AGAINST NET WINNER CLASS MEMBERS

The United States District Court for the Western District of North Carolina hereby gives Notice of Kenneth D. Bell, the Court-appointed Receiver of Rex Venture Group, LLC's Motion to Enter Final Judgments Against Net Winner Class Members (the "Motion") filed June 27, 2017 to those class members listed on Exhibit 1 to the Motion. Please be advised that the Receiver has, pursuant to the Orders of this Court, including the Order on Process for Determining the Amount of Final Judgments Against Net Winner Class Members (the "Process Order") (Doc. No. 153), sought Final Judgment against you in the amount stated in the same Exhibit 1.

The Motion and its exhibits (and the Process Order and other public filings in this case) are publicly available to you through PACER, the Court's electronic public access service that allows users to obtain case and docket information online from the Federal courts

(https://www.pacer.gov). Also, the Receiver has been directed to provide a copy of the Motion and the relevant portion of Exhibit 1 along with this Notice to each of the Net Winner Class members listed in Exhibit 1 at their ZeekRewards email and last known physical address. The Motion, Exhibits (which will not be mailed with the exception of the excerpt from Exhibit 1) and Notice have also been posted to the Receiver's website at www.zeekrewardsreceivership.com.

The Court expects to rule on the Receiver's Motion and enter Final Judgments as appropriate on or after July 31, 2017.

The Receiver remains willing to consider voluntary settlements with Net Winner Class members and others against whom the Receiver has claims. To date, there have been numerous settlements approved by the Court in which net winners and the Receiver agreed on an amount to be repaid, often with payment terms that allowed the net winner to repay the agreed amount over a number of months. Notwithstanding the entry of Summary Judgment against the Net Winner Class (Doc. No. 142) and the filing of the Motion to Enter Final Judgments Against Net Winner Class Members the Receiver is still permitted to discuss and enter into a settlement of the Receiver's claims against net winners while the Motion is pending. If you desire to discuss a settlement of the Receiver's claims prior to a Judgment being entered against you, please communicate with Garden City Group, LLC ("GCG"), a third party administrator working on behalf of the Receiver, at NetWinningsResponse@zeeknetwinnerclass.com or by phone at 1 (855) 474-3870.

Date: _____

_____
Graham C. Mullen
United States District Judge