IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com, <br><br> Plaintiff, <br><br> vs. <br><br> TODD DISNER, in his individual capacity and in his capacity as trustee for Kestrel Spendthrift Trust; TRUDY GILMOND; TRUDY GILMOND, LLC; JERRY NAPIER; DARREN MILLER; RHONDA GATES; DAVID SORRELLS; INNOVATION MARKETING, LLC; AARON ANDREWS; SHARA ANDREWS; GLOBAL INTERNET FORMULA, INC.; T. LEMONT SILVER; KAREN SILVER; MICHAEL VAN LEEUWEN; DURANT BROCKETT; DAVID KETTNER; MARY KETTNER; P.A.W.S. CAPITAL MANAGEMENT LLC; LORI JEAN WEBER; and a Defendant Class of Net Winners in ZEEKREWARDS.COM; <br><br> Defendants. | No. 3:14-cv-91 |

## NOTICE OF FINAL JUDGMENT

The United States District Court for the Western District of North Carolina hereby gives notice that Final Judgment has been entered against you pursuant to the Court's Order Granting Entry of Final Judgment Against Certain Net Winner Class Members dated August 14, 2017 in the amount stated in the attachment related to you in that Order.

The Receiver has been directed to provide a copy of the Final Judgment and the relevant single page attachment along with this Notice to each of the Net Winner Class Members listed in the attachments at their ZeekRewards email and last known physical address.

Notwithstanding the entry of Final Judgment against you, the Receiver remains willing to consider voluntary settlements with Net Winner Class Members in order to satisfy the Judgment entered against you. To date, there have been numerous settlements approved by the Court in which Net Winners and the Receiver agreed on a reduced amount to be repaid, often with payment terms that allowed the Net Winner to repay the agreed amount over a number of months. However, should you be unable to reach an agreement with the Receiver regarding repayment of your net winnings, you are given notice that the Receiver is authorized to pursue collection of the Judgment and may sell your Judgment to a third party judgment purchaser, at which point your ability to satisfy the Judgment for less than the full amount may be limited and/or determined by the purchaser of the Judgment.

If you desire to discuss a settlement of the Receiver's claims in order to satisfy the Judgment entered against you, please communicate with Garden City Group, LLC ("GCG"), a third party administrator working on behalf of the Receiver, at [NetWinningsResponse@zeeknetwinnerclass.com](NetWinningsResponse@zeeknetwinnerclass.com) or by phone at 1 (855) 474-3870.

Signed: August 14, 2017

Graham C. Mullen
United States District Judge