IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC

AUG 17 2017

US District Court
Western District of NC

KENNETH D. BELL,

    Plaintiff,

vs.

TODD DISNER, et al.,

    Defendants.

Civ. No. 3:14cv91

**ORDER APPROVING DEFENDANT CLASS OF NET WINNERS'
THIRD APPLICATION FOR REIMBURSEMENT OF FEES AND EXPENSES**

Upon consideration of Defendant Class of Net Winners' Unopposed Application for Reimbursement of Legal Fees and Expenses filed August 14, 2017, and for good cause shown, **IT IS ORDERED, ADJUDGED AND DECREED** that:

1. The Application is **GRANTED** in the total amount of $38,731.20.

2. The Receiver is directed to pay the award to Edmundson PLLC within 10 days of the date of this Order.

Dated: 17th Aug 17

Graham Mullen
U.S. District Judge

1