IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-91-GCM

| | |
|---|---|
| **KENNETH D. BELL**, in his capacity as Court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,<br>　　　　　　　Plaintiff,<br>v.<br>**TODD DISNER**, *et al*,<br>　　　　　　　Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Tarya Tribble,** filed September 12, 2017 [doc. # 200].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Ms. Tribble is admitted to appear before this court *pro hac vice* on behalf of Movants, Darlene Armel, Ronald Cox, Frank Scheuneman, Edward Rourke, Theresa Bridie, Marc Kantor, Paola Kantor, Tim Rice, Wayland Woods, and potentially other net winners.

**IT IS SO ORDERED.**

Signed: September 14, 2017

Graham C. Mullen
United States District Judge