**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| **KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**TODD DISNER, in his individual capacity and in his capacity as trustee for Kestrel Spendthrift Trust; TRUDY GILMOND; TRUDY GILMOND, LLC; JERRY NAPIER; DARREN MILLER; RHONDA GATES; DAVID SORRELLS; INNOVATION MARKETING, LLC; AARON ANDREWS; SHARA ANDREWS; GLOBAL INTERNET FORMULA, INC.; T. LEMONT SILVER; KAREN SILVER; MICHAEL VAN LEEUWEN; DURANT BROCKETT; DAVID KETTNER; MARY KETTNER; P.A.W.S. CAPITAL MANAGEMENT LLC; LORI JEAN WEBER; and a Defendant Class of Net Winners in ZEEKREWARDS.COM;**<br><br>**Defendants.** | **No. 3:14-cv-91** |

This matter is before the Court upon Defendant Class member Edward Rourke's Motion to Intervene and to Decertify Class (Doc. No. 181) and Motion to Amend or Alter Judgment and Motion for Stay (Doc. No. 188). For the reasons stated in this Court's Order of January 4, 2018 (Doc. No. 228),

IT IS THEREFORE ORDERED that these motions are hereby DENIED.

Signed: January 5, 2018

Graham C. Mullen
United States District Judge