# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| MATTHEW E. ORSO, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,<br><br>    Plaintiff,<br><br> vs.<br><br>TODD DISNER, in his individual capacity and in his capacity as trustee for Kestrel Spendthrift Trust; TRUDY GILMOND; TRUDY GILMOND, LLC; JERRY NAPIER; DARREN MILLER; RHONDA GATES; DAVID SORRELLS; INNOVATION MARKETING, LLC; AARON ANDREWS; SHARA ANDREWS; GLOBAL INTERNET FORMULA, INC.; T. LEMONT SILVER; KAREN SILVER; MICHAEL VAN LEEUWEN; DURANT BROCKETT; DAVID KETTNER; MARY KETTNER, P.A.W.S. CAPITAL MANAGEMENT LLC, LORI JEAN WEBER; and a Defendant Class of Net Winners in ZEEKREWARDS.COM;<br><br>    Defendants. | No. 3:14-cv-91 |

## ORDER GRANTING RECEIVER'S MOTION FOR SUMMARY JUDGMENT AGAINST DISPUTING NET WINNERS WHO HAVE NOT RESPONDED TO RECEIVER'S MOTION FOR SUMMARY JUDGMENT

This matter is before the Court on the Motion of Matthew E. Orso, the Court-appointed Receiver of Rex Venture Group, LLC, for Summary Judgment Against Remaining Defendants Disputing Receiver's Net Winnings Calculations, Dkt. No. 258 (the "Motion"). The background of this matter has been set forth extensively in this Court's prior orders, including the Order Granting Receiver's Motion for Class Certification (Dkt. No. 101); Order Granting Motion for Summary Judgment Against Remaining Named Defendants and Partial Summary Judgment

Against the Net Winner Class (Dkt. No. 142); and Order on Process for Determining the Amount of Final Judgments Against Net Winner Class Members (Dkt. No. 153); *see also Bell v. Brockett*, 922 F.3d 502 (4th Cir. 2019) (affirming the previous three orders).

In the pending Motion, the Receiver seeks entry of summary judgment against one hundred nineteen Net Winners. A *Roseboro* notice was sent to all Net Winners on October 22, 2019, directing them to respond to the Receiver's motion by November 5 or request an extension of time. Ninety-seven of the Net Winners, identified in Exhibit A hereto, have not responded to the Receiver's Motion. As to these ninety-seven winners, the Court concludes that, for the reasons set forth in the Receiver's Motion and supporting memorandum, there is no genuine dispute as to any material fact and that the Receiver is entitled to judgment as a matter of law.

IT IS THEREFORE ORDERED that the Receiver's Motion for Summary Judgment Against Remaining Defendants Disputing Receiver's Net Winnings Calculations is GRANTED with respect to the ninety-seven individuals identified in Exhibit A hereto. The Court will address the remaining 22 Net Winners who are the subject of the Receiver's Motion by separate order.

Signed: December 3, 2019

Graham C. Mullen
United States District Judge

# EXHIBIT A

## List of Disputing Net Winners who have Not Responded to Receiver's Motion

| | | | |
|---|---|---|---|
| Abundant Holdings | Wilner Francois | Michael Lancto | Travis Smith |
| Ouwatoyin Akinwale | Teresa Fu | Donna M. Legore | Reginald Stinson |
| Sam Alderman | Anthony Funso | Chris Love | Richard L. Tarbox |
| William Asamoah Badu | Nkechi Funso | Eucharia McClain | David N. Tiet |
| Tina Beckles | Angelo Gardner | Sarah Miday | Thuymi To |
| Sue Bennett | Jerry Garrison, Jr. | Curtis D. Miller | Ying Tran |
| Addison Beverly | Donnamae Gibson | Eybar Molina | Dat Trinh |
| Jesse Black | Dana Glover | Namusisi Nakachwa | Donald Tygrett |
| Fred Brauer | Rebecca Guynn | Mahmoud S. Nassar | Elizabeth Vu |
| Paul Broekhuizen | Rex Guynn | Maria Nguyen | Minhhien Vu |
| Sam Carnley | Yuehan Han | Oanh H. Nguyen | Fu Wang |
| Joseph Carrizzo | Chuck Hanson | Vernon Nugent Jr. | Douglas Wescott |
| Laquita Carter | Terri Hill | Larry Oxenham | Frank Wilding |
| Danny M. Chang | Xavier Hinojosa | Dave Pasquale | Julie E. Willis |
| Sumana Chea | Michael Humphrey | Mike Peebles | Catherine Wirth |
| Xiao Xue Chen | Olesya Ilyenkova | Jim Pinkham | Sterling Wirth |
| Lei Cheng | Shahid Ivar | Amy Ray | Minguang Wu |
| Mary M. Chofor | Charles Neal James | Chris Ripatti | Candi Yates |
| Cheryl Cort | Shengyi Jiang | Bob Risler | Li Ci Yau |
| Roxanne K. Cunningham | Roger Johnsrud | S.T. Eagle, Inc. | Halland Yearwood |
| Kevin Curtis | Simarjit Kaur | Cooper J. Scott | Haiwei Yu |
| Mai Tb Do | Anisha Khan | Ritza St. Simon | Xiaoping Zhu |
| Hank Donig | Leng Xor Khang | Kuldip Singh | |
| Travis Downing | Eduard Khemchan | Diann Slagle | |
| DPS, Inc. | Bounlouang Laaw | Diane B. Smith | |