IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MATTHEW E. ORSO, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,<br><br>Plaintiff,<br><br>vs.<br><br>TODD DISNER, in his individual capacity and in his capacity as trustee for Kestrel Spendthrift Trust; TRUDY GILMOND; TRUDY GILMOND, LLC; JERRY NAPIER; DARREN MILLER; RHONDA GATES; DAVID SORRELLS; INNOVATION MARKETING, LLC; AARON ANDREWS; SHARA ANDREWS; GLOBAL INTERNET FORMULA, INC.; T. LEMONT SILVER; KAREN SILVER; MICHAEL VAN LEEUWEN; DURANT BROCKETT; DAVID KETTNER; MARY KETTNER, P.A.W.S. CAPITAL MANAGEMENT LLC, LORI JEAN WEBER; and a Defendant Class of Net Winners in ZEEKREWARDS.COM;<br><br>Defendants. | ORDER<br>3:14-cv-91 |

This matter is before the Court on the Motion of Matthew E. Orso, the Court-appointed Receiver of Rex Venture Group, LLC, for Summary Judgment Against Remaining Defendants Disputing Receiver's Net Winnings Calculations. (Doc. No. 258). The background of this matter has been set forth extensively in the Summary Judgment Order entered on December 29, 2016 in favor of the Receiver against the named Defendants in this action. (Dkt. No. 142). In the same Order, the Court also granted summary judgment against the Net Winner Class as to all liability issues.

1

A *Roseboro* notice was sent to all Net Winners on October 22, 2019, directing them to respond to the Receiver's motion by November 5, 2019 or request an extension of time. On November 5, Defendant Randall White requested an extension of time "to consult with a lawyer." *See* Doc. No. 276. The Court granted Mr. White's request and allowed him an additional 21 days to respond. To date, Mr. White has failed to file a response in opposition to the Receiver's motion. Accordingly, the Court concludes that, for the reasons set forth in the Receiver's Motion and supporting memorandum, there is no genuine dispute as to any material fact and that the Receiver is entitled to judgment as a matter of law as to Mr. White.

IT IS THEREFORE ORDERED that the Receiver's Motion for Summary Judgment Against Remaining Defendants Disputing Receiver's Net Winnings Calculations is GRANTED as to Defendant Randall White in the amount of $800.00.

Signed: January 9, 2020

Graham C. Mullen
United States District Judge