# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Daryl M. Clarke, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Daryl M. Clarke is hereby entered in the amount of $35,987.21 in accordance with the Court's January 9, 2020 Order (Document 324).

Frank G. Johns, Clerk
United States District Court