# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Kyle L. Dayton**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Kyle L. Dayton is hereby entered in the amount of $2,080.63 in accordance with the Court's January 9, 2020 Order (Document 325).

*Frank G. John*

Frank G. Johns, Clerk
United States District Court