# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Chi Dao, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Chi Dao is hereby entered in the amount of $102,447.28 in accordance with the Court's January 9, 2020 Order (Document 329).

Frank G. Johns, Clerk
United States District Court