# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Abundant Holdings**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Abundant Holdings is hereby entered in the amount of $14,057.00 in accordance with the Court's December 3, 2019 Order (Document 316).

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Addison Beverly**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Addison Beverly is hereby entered in the amount of $6,285.63 in accordance with the Court's December 3, 2019 Order (Document 316).

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Angelo Gardner**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Angelo Gardner is hereby entered in the amount of $6,280.12 in accordance with the Court's December 3, 2019 Order (Document 316)

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Anisha Khan**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Anisha Khan is hereby entered in the amount of $5,592.83 in accordance with the Court's December 3, 2019 Order (Document 316).

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Anthony Funso**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Anthony Funso is hereby entered in the amount of $56,754.12 in accordance with the Court's December 3, 2019 Order (Document 316).

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Bob Risler**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Bob Risler is hereby entered in the amount of $1,593.42 in accordance with the Court's December 3, 2019 Order (Document 316).

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Bounlouang Laaw, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Bounlouang Laaw is hereby entered in the amount of $18,234.32 in accordance with the Court's December 3, 2019 Order (Document 316).

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Catherine Wirth, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Catherine Wirth is hereby entered in the amount of $86,525.90 in accordance with the Court's December 3, 2019 Order (Document 316).

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Cheryl Cort**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Cheryl Cort is hereby entered in the amount of $33,851.02 in accordance with the Court's December 3, 2019 Order (Document 316).

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Chris Love**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Chris Love is hereby entered in the amount of $89,806.56 in accordance with the Court's December 3, 2019 Order (Document 316).


Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Chris Ripatti**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Chris Ripatti is hereby entered in the amount of $350,732.11 in accordance with the Court's December 3, 2019 Order (Document 316).


*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Chuck Hanson**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Chuck Hanson is hereby entered in the amount of $4,680.88 in accordance with the Court's December 3, 2019 Order (Document 316).


*Frank G. John*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Cooper J. Scott**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Cooper J. Scott is hereby entered in the amount of $31,454.61 in accordance with the Court's December 3, 2019 Order (Document 316).

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Curtis D. Miller**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Curtis D. Miller is hereby entered in the amount of $279,314.66 in accordance with the Court's December 3, 2019 Order (Document 316).


Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Danny M. Chang**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Danny M. Chang is hereby entered in the amount of $2,685.90 in accordance with the Court's December 3, 2019 Order (Document 316)..

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Dave Pasquale**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Dave Pasquale is hereby entered in the amount of $188,013.11 in accordance with the Court's December 3, 2019 Order (Document 316).

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| David N. Tiet**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against David N. Tiet is hereby entered in the amount of $961,815.51 in accordance with the Court's December 3, 2019 Order (Document 316).

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Diane B. Smith**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Diane B. Smith is hereby entered in the amount of $4,071.54 in accordance with the Court's December 3, 2019 Order (Document 316).

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Diann Slagle**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Diann Slagle is hereby entered in the amount of $14,740.31 in accordance with the Court's December 3, 2019 Order (Document 316).

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Donald Tygrett**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Donald Tygrett is hereby entered in the amount of $6,414.13 in accordance with the Court's December 3, 2019 Order (Document 316).

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Donnamae Gibson**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Donnamae Gibson is hereby entered in the amount of $2,823.74 in accordance with the Court's December 3, 2019 Order (Document 316).

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Douglas Wescott**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Douglas Wescott is hereby entered in the amount of $62,143.41 in accordance with the Court's December 3, 2019 Order (Document 316).


Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| DPS, Inc.**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against DPS, Inc. is hereby entered in the amount of $23,948.05 in accordance with the Court's December 3, 2019 Order (Document 316).

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Eduard Khemchan**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Eduard Khemchan is hereby entered in the amount of $24,849.26 in accordance with the Court's December 3, 2019 Order (Document 316).

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Eucharia McClain**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Eucharia McClain is hereby entered in the amount of $20,948.62 in accordance with the Court's December 3, 2019 Order (Document 316).

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Eybar Molina**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Eybar Molina is hereby entered in the amount of $6,043.28 in accordance with the Court's December 3, 2019 Order (Document 316).

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Frank Wilding**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Frank Wilding is hereby entered in the amount of $11,624.58 in accordance with the Court's December 3, 2019 Order (Document 316).

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Fred Brauer**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Fred Brauer is hereby entered in the amount of $14,270.30 in accordance with the Court's December 3, 2019 Order (Document 316).

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Fu Wang, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Fu Wang is hereby entered in the amount of $25,125.91 in accordance with the Court's December 3, 2019 Order (Document 316).

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Haiwei Yu**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Haiwei Yu is hereby entered in the amount of $1,825.98 in accordance with the Court's December 3, 2019 Order (Document 316).

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Halland Yearwood**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Halland Yearwood is hereby entered in the amount of $27,522.86 in accordance with the Court's December 3, 2019 Order (Document 316).


Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Hank Donig**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Hank Donig is hereby entered in the amount of $187,609.21 in accordance with the Court's December 3, 2019 Order (Document 316).

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Terri Hill, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Terri Hill is hereby entered in the amount of $179,832.95 in accordance with the Court's December 3, 2019 Order (Document 316).

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Jesse Black**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Jesse Black is hereby entered in the amount of $32,312.98 in accordance with the Court's December 3, 2019 Order (Document 316).


Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Jim Pinkham, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Jim Pinkham is hereby entered in the amount of $603,436.58 in accordance with the Court's December 3, 2019 (Document 316).

*[signature]*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Joseph Carrizzo, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Joseph Carrizzo is hereby entered in the amount of $64,465.88 in accordance with the Court's December 3, 2019 (Document 316).

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Julie E. Willis, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Julie E. Willis is hereby entered in the amount of $9,475.43 in accordance with the Court's December 3, 2019 (Document 316).


Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Kevin Curtis, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Kevin Curtis is hereby entered in the amount of $17,313.39 in accordance with the Court's December 3, 2019 (Document 316).

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Kuldip Singh**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Kuldip Singh is hereby entered in the amount of $11,192.11 in accordance with the Court's December 3, 2019 (Document 316).


Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Laquita Carter**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Laquita Carter is hereby entered in the amount of $3,547.03 in accordance with the Court's December 3, 2019 (Document 316).

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Larry Oxenham**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Larry Oxenham is hereby entered in the amount of $134,298.79 in accordance with the Court's December 3, 2019 (Document 316).


Frank G. Johns, Clerk
United States District Court

# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Lei Cheng**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Lei Cheng is hereby entered in the amount of $67,946.97 in accordance with the Court's December 3, 2019 (Document 316).


Frank G. Johns, Clerk
United States District Court

# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Leng Xor Khang, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Leng Xor Khang is hereby entered in the amount of $31,940.72 in accordance with the Court's December 3, 2019 (Document 316).

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Li Ci Yau**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Li Ci Yau is hereby entered in the amount of $5,343.90 in accordance with the Court's December 3, 2019 (Document 316).

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Maria Nguyen**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Maria Nguyen is hereby entered in the amount of $16,228.04 in accordance with the Court's December 3, 2019 (Document 316).

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Mary M. Chofor**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Mary M. Chofor is hereby entered in the amount of $10,074.00 in accordance with the Court's December 3, 2019 (Document 316).

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Mai Tb Do**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Mai Tb Do is hereby entered in the amount of $10,546.19 in accordance with the Court's December 3, 2019 Order (Document 316).


Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael Humphrey, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Michael Humphrey is hereby entered in the amount of $21,843.42 in accordance with the Court's December 3, 2019 (Document 316).

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael Lancto**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Michael Lancto is hereby entered in the amount of $562,613.05 in accordance with the Court's December 3, 2019 (Document 316).

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Mike Peebles**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Mike Peebles is hereby entered in the amount of $26,614.18 in accordance with the Court's December 3, 2019 (Document 316).

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Minguang Wu**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Minguang Wu is hereby entered in the amount of $53,718.03 in accordance with the Court's December 3, 2019 (Document 316).

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Nkechi Funso**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Nkechi Funso is hereby entered in the amount of $173,394.50 in accordance with the Court's December 3, 2019 (Document 316).

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Oanh H. Nguyen**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Oanh H. Nguyen is hereby entered in the amount of $413,186.18 in accordance with the Court's  December 3, 2019 (Document 316).

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Olesya Ilyenkova, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Olesya Ilyenkova is hereby entered in the amount of $7,021.94 in accordance with the Court's December 3, 2019 (Document 316).


Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Oluwatoyin Akinwale**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Oluwatoyin Akinwale is hereby entered in the amount of $4,414.28 in accordance with the Court's December 3, 2019 (Document 316).

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Paul Broekhuizen**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Paul Broekhuizen is hereby entered in the amount of $9,585.03 in accordance with the Court's December 3, 2019 (Document 316).

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Randall White**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Randall White is hereby entered in the amount of $800.00 in accordance with the Court's December 3, 2019 (Document 316).

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Rebecca Guynn**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Rebecca Guynn is hereby entered in the amount of $25,529.23 in accordance with the Court's December 3, 2019 (Document 316).

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Rex Guynn**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Rex Guynn is hereby entered in the amount of $61,861.24 in accordance with the Court's December 3, 2019 (Document 316).


Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Richard L. Tarbox, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Richard L. Tarbox is hereby entered in the amount of $298,911.20 in accordance with the Court's December 3, 2019 (Document 316).

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Ritza St. Simon**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Ritza St. Simon is hereby entered in the amount of $18,436.75 in accordance with the Court's December 3, 2019 (Document 316).

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Roger Johnsrud**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Roger Johnsrud is hereby entered in the amount of $666,217.37 in accordance with the Court's  December 3, 2019 (Document 316).


*Frank G. John*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Sam Carnley**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Sam Carnley is hereby entered in the amount of $19,011.50 in accordance with the Court's December 3, 2019 (Document 316).


Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Shahid Ivar**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Shahid Ivar is hereby entered in the amount of $3,397.73 in accordance with the Court's December 3, 2019 (Document 316).

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Shengyi Jiang, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Shengyi Jiang is hereby entered in the amount of $44,646.59 in accordance with the Court's December 3, 2019 (Document 316).

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| S.T. Eagle, Inc.**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against S.T. Eagle, Inc. is hereby entered in the amount of $1,079,603.78 in accordance with the Court's December 3, 2019 (Document 316).

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Sterling Wirth**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Sterling Wirth is hereby entered in the amount of $6,618.05 in accordance with the Court's December 3, 2019 (Document 316).


*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Reginald Stinson**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Reginald Stinson is hereby entered in the amount of $13,906.99 in accordance with the Court's December 3, 2019 (Document 316).

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Sumana Chea**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Sumana Chea is hereby entered in the amount of $54,207.00 in accordance with the Court's December 3, 2019 (Document 316).

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Teresa Fu**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Teresa Fu is hereby entered in the amount of $4,788.76 in accordance with the Court's December 3, 2019 (Document 316).

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Thuymi To, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Thuymi To is hereby entered in the amount of $268,590.16 in accordance with the Court's December 3, 2019 (Document 316).

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Tina Beckles**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Tina Beckles is hereby entered in the amount of $167,443.12 in accordance with the Court's December 3, 2019 (Document 316).

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Travis Downing**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Travis Downing is hereby entered in the amount of $3,437.50 in accordance with the Court's December 3, 2019 (Document 316).

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Travis Smith**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Travis Smith is hereby entered in the amount of $43,205.71 in accordance with the Court's December 3, 2019 (Document 316).

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Vernon Nugent, Jr., | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Vernon Nugent, Jr. is hereby entered in the amount of $35,605.78 in accordance with the Court's December 3, 2019 (Document 316).

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| William Asamoah Badu**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against William Asamoah Badu is hereby entered in the amount of $2,378.41 in accordance with the Court's  December 3, 2019 (Document 316).

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Wilner Francois, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Wilner Francois is hereby entered in the amount of $30,473.11 in accordance with the Court's December 3, 2019 (Document 316).


Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Xavier Hinojosa, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Xavier Hinojosa is hereby entered in the amount of $9,558.16 in accordance with the Court's December 3, 2019 (Document 316).).

Frank G. Johns, Clerk
United States District Court

**United States District Court**
**Western District of North Carolina**
**Charlotte Division**

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Xiao Xue Chen**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Xiao Xue Chen is hereby entered in the amount of $7,047.83 in accordance with the Court's December 3, 2019 (Document 316).

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Xiaoping Zhu**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Xiaoping Zhu is hereby entered in the amount of $64,351.29 in accordance with the Court's December 3, 2019 (Document 316).

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Ying Tran**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Ying Tran is hereby entered in the amount of $30,083.48 in accordance with the Court's December 3, 2019 (Document 316).


_Frank G. John_

Frank G. Johns, Clerk
United States District Court

# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Matthew E. Orso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-91 |
| | ) | |
| vs. | ) | |
| | ) | |
| Yuehan Han**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment against Yuehan Han is hereby entered in the amount of $7,238.67 in accordance with the Court's December 3, 2019 (Document 316).

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court