IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,<br><br>                      **Plaintiff**,<br><br>vs.<br><br>**TODD DISNER**, in his individual capacity and in his capacity as trustee for Kestrel Spendthrift Trust; TRUDY GILMOND; TRUDY GILMOND, LLC; JERRY NAPIER; DARREN MILLER; RHONDA GATES; DAVID SORRELLS; INNOVATION MARKETING, LLC; AARON ANDREWS; SHARA ANDREWS; GLOBAL INTERNET FORMULA, INC.; T. LEMONT SILVER; KAREN SILVER; MICHAEL VAN LEEUWEN; DURANT BROCKETT; DAVID KETTNER; MARY KETTNER; P.A.W.S. CAPITAL MANAGEMENT LLC; LORI JEAN WEBER; and a Defendant Class of Net Winners in ZEEKREWARDS.COM;<br><br>                      **Defendants.** | No. 3:14-cv-91 |

## SATISFACTION OF JUDGMENT AS TO CHIZOBA NWORJIH

A Final Judgment was entered in this matter on August 14, 2017, in favor of the Plaintiff and against the Defendants, Todd Disner, in his individual capacity and in his capacity as trustee for Kestrel Spendthrift Trust; Trudy Gilmond; Trudy Gilmond, LLC; Jerry Napier; Darren Miller; Rhonda Gates; David Sorrells; Innovation Marketing, LLC; Aaron Andrews; Shara Andrews; Global Internet Formula, Inc.; T. Lemont Silver; Karen Silver; Michael Van Leeuwen; Durant Brockett; David Kettner; Mary Kettner; P.A.W.S. Capital Management, LLC; Lori Jean Weber; and a Defendant Class of Net Winners in ZeekRewards.com. An Index of the Defendant Class, which lists individual class member CHIZOBA NWORJIH, is attached to the Final Judgment.

On or about December 16, 2019, Matthew E. Orso, solely in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com ("Assignor") assigned all rights and interests of Assignor in the Final Judgment, as to the individual class member, CHIZOBA NWORJIH, to Nationwide Judgment Recovery, Inc. (as the designee of Big Sky Research Bureau, Inc., the "Assignee"). By and through the undersigned counsel, the Assignee, hereby certifies that CHIZOBA NWORJIH has settled the awarded amount against him of $14,348.25. The full and complete satisfaction of the Court's Judgment, as to CHIZOBA NWORJIH only, is hereby acknowledged, and the Clerk of Court is authorized to make entry of full and complete satisfaction of said Judgment against individual class member, CHIZOBA NWORJIH, on the docket.

This the 10th day of June, 2021.

**SMITH, CURRIE & HANCOCK LLP**

s/Matthew E. Cox
Matthew E. Cox (N.C. Bar No. 34781)
1325 Park Street, Suite 200
Columbia, South Carolina 29201
Telephone: (803)999-1273
mecox@smithcurrie.com
*Attorneys for Nationwide Judgment Recovery, Inc.*