**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:14-cv-91**

| | |
|---|---|
| **Nationwide Judgment Recovery, Inc., as** | ) |
| **Successor in interest to Matthew Orso,** | ) |
| **in his capacity as court-appointed Receiver** | ) |
| **for Rex Venture Group,** | ) |
| **LLC d/b/a/ ZeekRewards.com,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **A Defendant Class of Net Winners** | ) |
| **in ZEEKREWARDS.COM;** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This matter is before this Honorable Court, pursuant to alleged Net Winner Cindy Alava

Timbang's ("Alava") Motion to Set Aside Judgment Pursuant to Fed. R. Civ. P. 60(b)(6), ECF No.

1446; corresponding Settlement Agreement, between "Alava" and Judgment Assignee Nationwide

Judgment Recovery, Inc. ("NJR"), or, collectively with Alava, the ("Parties"), ECF 1507; and,

Notice of Settlement Agreement Compliance, ECF 1633.

After reviewing the documents submitted, the record in this case, and arguments and

declarations of counsel, this Honorable Court makes the following findings:

1. Alava has fulfilled the obligations imposed upon her by the Settlement Agreement.

2. Pursuant to the Settlement Agreement, NJR

    (1) holds any financial obligations imposed by the Final Judgment upon

Alava owing to NJR satisfied;

(2)  will not pursue the Final Judgment against Alava; and

(3)  consents to the relief sought in Alava's Motion to Set Aside Judgment

Pursuant to Fed. R. Civ. P. 60(b)(6), ECF No. 1446.

**IT IS THEREFORE ORDERED**:

1.  Alava's Motion to Set Aside the Judgment is Granted, in accordance with Federal Rule

of Civil Procedure 60(b)(6);

2.  The case against Alava is hereby Dismissed with Prejudice.

4.  That the Clerk of Court enter such necessary Orders and filings to reflect and

finalize this Court Order.

Signed: April 26, 2022

Graham C. Mullen
United States District Judge